```
IN THE UNITED STATES DISTRICT COURT
 FOR THE MIDDLE DISTRICT OF GEORGIA
           ATHENS DIVISION
```

ROSS M JACKSON,                       \*

    Plaintiff,                      \*

vs.                                   \*

                                      CASE NO. 3:17-cv-145 (CDL)

KEATON WILLIAM LAW and LECHANDT       \*
OPPERMAN,
                                \*

    Defendants.
                                \*

## O R D E R

Plaintiff's motion to dismiss (ECF No. 61) is granted with prejudice with each side bearing their own costs.

IT IS SO ORDERED, this 9th day of May, 2023.

                                    S/Clay D. Land
                                    CLAY D. LAND
                                    U.S. DISTRICT COURT JUDGE
                                    MIDDLE DISTRICT OF GEORGIA